1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ESURANCE INSURANCE COMPANY,              No.  CV 15-00862 LB

9              Plaintiff,                      **ORDER**

10      v.

11   WESTCHESTER FIRE INSURANCE
     COMPANY ET AL,

12
               Defendant.

13   _____/

14

15   GOOD CAUSE APPEARING THEREFOR,

16          IT IS ORDERED that this case is reassigned to the **Honorable Samuel Conti** in the **San**

17   **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

18   bear the **initials SC** immediately after the case number. All dates presently scheduled are vacated

     and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19
     Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).

20
     Matters for which a magistrate judge has already issued a report and recommendation shall not be

21
     rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in

22
     accordance with Fed. R. Civ. P. 72(b).

23

24

25                                          FOR THE EXECUTIVE COMMITTEE:

26

     Dated:  April 3, 2015                   *Richard W. Wieking*

27
                                             Richard W. Wieking

28                                           Clerk of Court

A true and correct copy of this order has been served by mail upon any pro se parties.

**United States District Court**
For the Northern District of California