Daniel J. Herling (SBN 103711)
djherling@mintz.com
Dominique L. Windberg (SBN 274393)
dlwindberg@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone: 415-432-6000
Facsimile:  415-432-6001

Nicholas C. Cramb (appearance *pro hac vice*)
nccramb@mintz.com
Joel D. Rothman (appearance *pro hac vice*)
jdrothman@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, PC
One Financial Center
Boston, MA  02110
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241


*Attorneys for Defendant*
WILLIAM GALLAGHER ASSOCIATES
INSURANCE BROKERS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESURANCE INSURANCE COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation; STEADFAST INSURANCE COMPANY, a Delaware corporation; and WILLIAM GALLAGHER ASSOCIATES INSURANCE BROKERS, INC. a Massachusetts corporation,<br><br>Defendants. | Case No.  3:15-cv-00862-SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MAY 29, 2015 CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Complaint Filed:  February 25, 2015<br>No Trial Date Assigned |

1 Plaintiff ESURANCE INSURANCE COMPANY and Defendants WILLIAM GALLAGHER ASSOCIATES INSURANCE BROKERS, INC., WESTCHESTER FIRE INSURANCE COMPANY, and STEADFAST INSURANCE COMPANY (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff ESURANCE INSURANCE COMPANY ("Plaintiff") filed its Complaint on February 25, 2015 and served it on Defendant WILLIAM GALLAGHER ASSOCIATES INSURANCE BROKERS, INC. ("William Gallagher") on or about March 12, 2015;

WHEREAS, on April 9, 2015, the Court issued an order setting case management deadlines as follows:

1. May 8, 2015: Deadline for the Parties to meet and confer pursuant to Fed. R. Civ. P. 26(f)
2. May 8, 2015: Deadline for the Parties to file an ADR Certification signed by Parties and Counsel and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference
3. May 22, 2015: Deadline for the Parties to file a Joint Case Management Statement and Proposed Case Management Order
4. May 29, 2015 at 10 a.m.: Case Management Conference

WHEREAS, Nicholas Cramb and Dan Herling, counsel for William Gallagher, have a conflict on May 29, 2015, the date set for the Case Management Conference; and

WHEREAS, good cause exists for this Stipulation and proposed Order to continue the current case management conference.

WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That the Parties' deadline to file a Joint Case Management Statement and Proposed Case Management Order be continued to June 5, 2015; and

///

///

///

1     That the Case Management Conference currently scheduled for May 29, 2015 be continued
2  to June 12, 2015, at 10:00 a.m. or the Court's earliest convenience.
3  **IT IS SO STIPULATED.**

DATED: April 28, 2015

By: s/ Roseanne C. Lazzarotto
Roseanne C. Lazzarotto, Esq.
Attorney for Plaintiff
ESURANCE INSURANCE COMPANY

DATED: April 28, 2015

By: s/ Daniel J. Herling
Daniel J. Herling, Esq.
Attorney for Defendant
WILLIAM GALLAGHER ASSOCIATES
INSURANCE BROKERS, INC.

DATED: April 28, 2015

By: s/ Darren Le Montree
Darren Le Montree
Attorney for Defendant
WESTCHESTER FIRE INSURANCE
COMPANY

DATED: April 28, 2015

By: s/ Andrew L. Margulis
Andrew L. Margulis
Appearance *Pro Hac Vice*
Attorney for Defendant
STEADFAST INSURANCE COMPANY

## ORDER

THE COURT, having considered the Stipulation of the Parties and good cause appearing, orders as follows:

1. The Parties shall file a Joint Case Management Statement and Proposed Case Management Order by **June 5, 2015**, in accordance with the Standing Order for All Judges of the Northern District of California. The Parties should also consult Judge Conti's standing orders before filing the Case Management Statement; and

2. The Case Management Conference currently scheduled for May 29, 2015 is hereby vacated and continued to **June 12, 2015**, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: _____04/29_____, 2015



THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

3
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC AND RELATED DEADLINES
CASE NO. 3:15-cv-00862-SC