UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESURANCE INSURANCE COMPANY,

    Plaintiff,

    v.

WESTCHESTER FIRE INSURANCE COMPANY, et al.,

    Defendants.

Case No. 15-cv-00862-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on December 17, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.     DISCOVERY.

On or before July 31, 2016, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

2.     DISCOVERY DISPUTES.

All discovery disputes are referred to Magistrate Judge Elizabeth D. Laporte.

3.     EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

    a. On or before August 31, 2016, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before September 30, 2016, parties will designate their supplemental and

rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before October 31, 2016, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4.    FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **August 4, 2016, at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5.    PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than January 26, 2017.

**IT IS SO ORDERED**.

Dated: December 17, 2015

RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
CASE NO. 15-cv-00862-RS

2