UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESURANCE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 15-cv-00862-RS (EDL)<br><br>**ORDER RE: STATUS UPDATE**<br><br>Re: Dkt. No. 57 |

At the January 12, 2016 hearing on Plaintiff's motion to compel, the Court denied Plaintiff's motion without prejudice and ordered the Parties to file a status update regarding their meet and confer efforts by February 12, 2016. The Parties' status update indicates that they are continuing to meet and confer and requests that they be allowed to provide a further update by March 14, 2016. Accordingly, the Parties are ordered to file a further joint status update of no more than five pages by March 14, 2016.

**IT IS SO ORDERED.**

Dated: February 19, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge