1  THOMAS E. MULVIHILL, ESQ. (SBN 129906)
   TAMIKO A. DUNHAM, ESQ. (SBN 233455)
2  ROSEANNE C. LAZZAROTTO, ESQ. (SBN 251001)
   BOORNAZIAN, JENSEN & GARTHE
3  A Professional Corporation
   555 12th Street, Suite 1800
4  P. O. Box 12925
5  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Plaintiff,
8  ESURANCE INSURANCE COMPANY, a Wisconsin corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESURANCE INSURANCE COMPANY, a Wisconsin corporation, | Case No.: 3:15-cv-00862-RS |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER RE EXTENSION OF DISCOVERY CUTOFF |
| v. | The Hon. Richard Seeborg |
| WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation; STEADFAST INSURANCE COMPANY, a Delaware corporation; and WILLIAM GALLAGHER ASSOCIATES INSURANCE BROKERS, INC., a Massachusetts corporation, | Action Filed: February 25, 2015 |
| Defendants. | |

THE COURT, having considered the Stipulation of the Parties and good cause appearing, orders as follows:

1. On or before October 14, 2016, all non-expert discovery shall be completed by the Parties;

2. The disclosure and discovery of expert witnesses shall proceed as follows:

   a. On or before November 14, 2016, Parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

{N0864890.1}  -1-

        b. On or before December 14, 2016, Parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

        c. On or before January 28, 2017, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be completed.

3. The Case Management Conference scheduled for August 4, 2016, is hereby vacated and continued to October 20, 2016, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: _May 23_____, 2016

        _____
        THE HONORABLE RICHARD SEEBORG
        UNITED STATES DISTRICT JUDGE