Daniel J. Herling (SBN 103711)
djherling@mintz.com
Dominique L. Windberg (SBN 274393)
dlwindberg@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone: 415-432-6000
Facsimile:  415-432-6001

Nicholas C. Cramb (appearance *pro hac vice*)
nccramb@mintz.com
Michael J. Ticcioni (appearing *pro hac vice*)
mjticcioni@mintz.com
Joel D. Rothman (appearance *pro hac vice*)
jdrothman@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, PC
One Financial Center
Boston, MA  02110
Telephone:  (617) 542-6000
Facsimile:  (617) 542-2241

*Attorneys for Defendant*
WILLIAM GALLAGHER ASSOCIATES
INSURANCE BROKERS, INC.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESURANCE INSURANCE COMPANY, a Wisconsin corporation,<br><br>    Plaintiff,<br><br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation; STEADFAST INSURANCE COMPANY, a Delaware corporation; and WILLIAM GALLAGHER ASSOCIATES INSURANCE BROKERS, INC., a Massachusetts corporation,<br><br>    Defendants. | Case No.: 3:15-cv-00862-RS<br><br>~~PROPOSED~~ ORDER RE AMENDMENTS TO ORDER REGARDING BRIEFING SCHEDULES, CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE, AND EXPERT DISCOVERY DEADLINES<br><br>The Hon. Richard Seeborg<br>Action Filed:  February 25, 2015 |

THE COURT, having considered the Stipulation of the Parties and good cause appearing, orders as follows:

1.    Westchester's motion for summary judgment is filed. The hearing on the motion is continued to January 19, 2017.

2.    Steadfast must file its motion for summary judgment by November 4, 2016.

3.    Esurance must file an opposition brief to Westchester's motion for summary judgment and its cross-motion for summary judgment by December 1, 2016. The combined brief may not exceed thirty-five (35) pages.

4.    Esurance must file an opposition brief to Steadfast's motion for summary judgment and its cross-motion for summary judgment by December 1, 2016. The combined brief may not exceed thirty-five (35) pages.

5.    WGA must file its motion for summary judgment by December 8, 2016. WGA's summary judgment brief shall not exceed forty (40) pages and will address, among other things, the coverage issues under both Westchester's and Steadfast's policies, which are the subject of Westchester's motion for summary judgment and the anticipated motions for summary judgment to be filed by Steadfast and Esurance.

6.    Westchester must file an opposition to Esurance's motion for summary judgment and reply in support of its motion for summary judgment by December 15, 2016. The combined brief may not exceed twenty-five (25) pages.

7.    Steadfast must file an opposition to Esurance's motion for summary judgment and reply in support of its motion for summary judgment by December 15, 2016. The combined brief may not exceed twenty-five (25) pages.

8.    Esurance, Westchester, and Steadfast must file their respective oppositions or responses to WGA's motion for summary judgment by December 22, 2016.

9.    Esurance must file reply briefs in support of both of its motions for summary judgment by December 22, 2016.

10.    WGA must file a reply brief in support of its motion for summary judgment by January 5, 2017, which shall not exceed ten (10) pages.

11.    The hearing for all the above-referenced motions will take place on January 19, 2017.

-3-

1
2
3
4   **IT IS SO ORDERED.**
5
6   DATED: __9/9_____, 2016
7                                                    _____
8                                                    THE HONORABLE RICHARD SEEBORG
                                                     UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
PROPOSED ORDER RE AMENDMENTS TO ORDER RE BRIEFING SCHEDULES, ETC.
U.S.D.C. Northern District Case No.  3:15-cv-00862-RS