UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESURANCE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.  15-cv-00862-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **January 26, 2017**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 2, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated:  December 5, 2016

_____
Richard Seeborg
United States District Judge