THOMAS E. MULVIHILL, ESQ. (SBN 129906)
TAMIKO A. DUNHAM, ESQ. (SBN 233455)
ROSEANNE C. LAZZAROTTO, ESQ. (SBN 251001)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
PO Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
tmulvihill@bjg.com
tdunham@bjg.com
rlazzarotto@bjg.com

Attorneys for Plaintiff,
ESURANCE INSURANCE COMPANY, a Wisconsin corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESURANCE INSURANCE COMPANY, a Wisconsin corporation,<br><br>　　　　　Plaintiff,<br>v.<br><br>WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania corporation; STEADFAST INSURANCE COMPANY, a Delaware corporation; and WILLIAM GALLAGHER ASSOCIATES INSURANCE BROKERS, INC., a Massachusetts corporation,<br><br>　　　　　Defendants. | Case No.: 3:15-cv-00862-RS (EDL)<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED by and between Plaintiff ESURANCE INSURANCE COMPANY, by and through its attorneys, Boornazian, Jensen & Garthe, A Professional Corporation; Defendant WESTCHESTER FIRE INSURANCE COMPANY, by and through its attorneys, London Fischer, LLP; Defendant STEADFAST INSURANCE COMPANY, by and through its attorneys, Ropers, Majeski, Kohn & Bentley; and Defendant WILLIAM

1  GALLAGHER ASSOCIATES INSURANCE BROKERS, INC., by and through its attorneys,
2  Mintz Levin Cohn Ferris Glovsky and Popeo, PC that this action is hereby dismissed with
3  prejudice.
4      Each of these stipulating parties are to bear their own attorneys' fees and costs.
5  **IT IS SO STIPULATED**
6  DATED: February 28, 2017

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Roseanne C. Lazzarotto
    Thomas E. Mulvihill, Esq.
    Tamiko A. Dunham, Esq.
    Roseanne C. Lazzarotto, Esq.
    Attorneys for Plaintiff
    ESURANCE INSURANCE COMPANY

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Andrew L. Margulis
    Andrew L. Margulis, Esq. (*Pro Hac Vice*)
    Attorneys for Defendant
    STEADFAST INSURANCE COMPANY

LONDON FISCHER LLP

By: /s/ James T. H. Deaver
    James T. H. Deaver, Esq. (*Pro Hac Vice*)
    Darren Le Montree, Esq.
    Attorneys for Defendant
    WESTCHESTER FIRE INSURANCE
    COMPANY

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.

By: /s/ Nicholas C. Cramb
    Nicholas C. Cramb, Esq. (appearance by *pro hac vice*)
    Joel D. Rothman, Esq. (appearance by *pro hac vice*)
    Attorneys for Defendant
    WILLIAM GALLAGHER ASSOCIATES
    INSURANCE BROKERS, INC.

**ATTESTATION**

I, Roseanne C. Lazzarotto, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

DATED:  February 28, 2017

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Roseanne C. Lazzarotto
Thomas E. Mulvihill, Esq.
Tamiko A. Dunham, Esq.
Roseanne C. Lazzarotto, Esq.
Attorneys for Plaintiff
ESURANCE INSURANCE COMPANY

IT IS SO ORDERED:

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

27367\748499